

In The

Court of Appeals

Seventh District of Texas at Amarillo

No. 07-22-00138-CV

ESTATE OF PAUL V. BUSH, DECEASED

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. 2018-781,469, Honorable Benjamin A. Webb, Presiding

July 14, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and BRANCHEAU,[1] JJ.

Appellant, Leslie Doggett, and cross-appellants, Patsy Bush Moffett and Paula Bush Switzer, have filed a joint motion requesting voluntary dismissal of their appeal and cross-appeal. The Court finds that the motion to dismiss complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal and cross-appeal are dismissed. Pursuant to an agreement of the parties, costs will be taxed

---

[1] Honorable Curt Brancheau, Judge, 84th District Court, sitting by assignment.

against the party incurring same.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam